FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. Case No. **'08 MJ 8784** |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., Section 1326 |
| Alvaro RENTERIA-Estrada, | ) | Deported Alien Found In the United States |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about August 28, 2008, within the Southern District of California, defendant Alvaro RENTERIA-Estrada, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Border Patrol Agent
OSCAR SANCHEZ

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF AUGUST 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
                v.
Alvaro RENTERIA-Estrada

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports of Border Patrol Agent C. N. Truong, that the Defendant, Alvaro RENTERIA-Estrada (RENTERIA), a citizen of Mexico, was found and arrested on August 28, 2008, near Ocotillo, California.

On August 28, 2008, at approximately 8:00 A.M., Agent Gamboa encountered four individuals, including one later identified as Alvaro RENTERIA-Estrada, north of the International Boundary with Mexico. Agent Gamboa approached the group and he identified himself and questioned RENTERIA and the others. It was determined RENTERIA was a citizen of Mexico illegally in the United States. RENTERIA was placed under arrest.

At the station, a record check of RENTERIA revealed he has been previously ordered removed on July 3, 2008. Further record checks of RENTERIA revealed he has a serious criminal record.

There is no evidence to show RENTERIA has applied for or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to reenter the United States.

(2)